FILED: **8/24/07**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:02cr88(7) |
| | § | |
| DARRON AJARAL SHERFIELD | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE <u>UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration as well as the Defendant's objections thereto. Having made a *de novo* review of the objections raised by the Defendant to the report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Defendant are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months, with forty-nine (49) months of supervised release to follow.

.

**SIGNED** this __24__ day of ___August___, 2007.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE